UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                  Criminal No. 12-cr-131-01-JL

<u>Vincent Lenza</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted in part.  The continuance is limited to 30 days, without prejudice. Taken at face value, the motion suggests that discovery was provided to defense counsel "recently," or less than 30 days prior to trial, and less than 3 weeks prior to the final Pretrial conference. Because the court holds both the prosecutor and defense counsel in this case in extremely high regard, it won't inquire further, but the court nonetheless expresses its concern.  Final Pretrial is rescheduled to January 2, 2013 at 1:00 p.m.; Trial is continued to the two-week period beginning January 8, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            Joseph N. Laplante
                                            Chief Judge

Date: November 9, 2012

cc:  Charles J. Keefe, Esq.
     Robert J. Veiga, AUSA
     U.S. Marshal
     U.S. Probation