UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                          Criminal No. 12-cr-131-01-JL

Vincent Lenza

O R D E R

    The assented to motion to reschedule jury trial (document no.
12) filed by defendant is granted in part; the continuance is limited
to 30 days. Trial is continued to the two-week period beginning
February 5, 2013, 9:30 a.m. In addition to various filing deadlines
contained in the local rules, the parties shall also file any in
limine motions no later than ten (10) days prior to the final pretrial
conference.   Objections to motions in limine shall be filed no later
than three (3) days prior to the final pretrial conference.

    Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.

    SO ORDERED.

                                        _____
                                        Joseph N. Laplante
                                        Chief Judge

Date:  December 26, 2012

cc:  Charles Keefe, Esq.
     Robert Veiga, Esq.
     U.S. Marshal
     U.S. Probation